**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SOKOLSKYFILM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE BUBBLE COLLECTION, INC.,<br><br>Defendant. | Case No: 2:26-cv-03482-MEF-CF |

**CERTIFICATE OF CRAIG SANDERS, ESQ.**

I, Craig Sanders, declares and says:

1. I am a member of the Bar of this Court and am a member of the law firm of Sanders Law Group, attorneys for plaintiff Sokolskyfilm, Inc. ("*Plaintiff*") in the above-captioned matter. I make this Certification based upon my personal knowledge and in support of Plaintiff's request that the Clerk of the Court enter a default against defendant The Bubble Collection, Inc. ("*Defendant*") in this matter.

2. The Complaint in this action was filed on April 1, 2026 [*ECF No.* 1] and the summons was issued on April 2, 2026. [*ECF No.* 4].

3. On April 23, 2026, service of process was effectuated upon Defendant via personal service upon its registered agent. [*ECF No.* 5].

4. The time within which Defendant was required to answer, move, or otherwise respond to Plaintiff's Complaint has expired and no extension of said deadline has been requested by Defendants nor granted by this Court.

5. To date, Defendant has not filed an answer, motion, or other response to Plaintiff's Complaint.

6. To date, Defendant has not responded to the Complaint and no answer or motion has been received within the time limit set by the Federal Rules of Civil Procedure or otherwise set by the Court.

7. Defendant is not an infant or incompetent person(s) and is not in the military service of the United States as appears from facts in this litigation.

8. This action seeks judgment against Defendant for statutory damages, or, in the alternative, actual damages and the Defendant's wrongful profits, costs, and attorneys' fees.

SLG SANDERS · LAW GROUP ·

**WHEREFORE**, Plaintiff respectfully requests that the default of Defendant The Bubble Collection, Inc. be noted and certificates of default issued.

Dated: June 4, 2026

**SANDERS LAW GROUP**

By: *__/s/ Craig Sanders__*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 132204
*Attorneys for Plaintiff*