**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SOKOLSKYFILM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE BUBBLE COLLECTION, INC.,<br><br>Defendant. | Case No.: 2:26-cv-03482-MEF-CF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I caused to be served, via USPS First-Class Mail, a copy of Plaintiff's Motion for Default Judgement and all its supporting materials (*Dkt. No.* 9), upon the Defendant The Bubble Collection Inc. at the following address:

The Bubble Collection Inc.
c/o United States Corporation Agents, Inc.
131 Continental Drive, Suite 305
Newark, Delaware 19713

By: *<u>/s/ Kiana Beach</u>*
Kiana Beach

SLG SANDERS · LAW GROUP ·