**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SOKOLSKYFILM, INC.,<br>Plaintiff,<br>v.<br>THE BUBBLE COLLECTION, INC.,<br>Defendant. | Case No.: 2:26-cv-03482-MEF-CF |

**ORDER**

**THIS MATTER** having been opened to the Court by counsel for the plaintiff Sokolskyfilm, Inc. ("*Plaintiff*"), for entry of a default judgment against the defendant The Bubble Collection Inc. ("*Defendant*") pursuant to Federal Rule of Civil Procedure 55(b)(2),

**IT IS** on this 14th day of October, 2026,

**ORDERED** and **ADJUDGED** that **DEFAULT JUDGMENT** be and hereby is entered against Defendant, as to liability for Plaintiff's claim for direct copyright infringement under 17 U.S.C. § 501; and it is further

**ORDERED** that Defendant shall pay Plaintiff the amount of $10,500, which represents an award of statutory damages for Defendant's infringement of seven (7) copyrighted photographs, pursuant to 17 U.S.C. § 504(c)(1); and it is further

**ORDERED** that Defendant is to pay post-judgment interest under 28 U.S.C. § 1961; and it is further

**ORDERED** that Defendant is hereby enjoined from reproducing or displaying the seven photographs annexed to the Complaint as Exhibit 1 (Dkt. No. 1-1) on any social media account or website owned or controlled by Defendant, and shall remove those photographs from the Facebook posts identified in the Complaint (Dkt. No. 1, ¶¶ 35-41) within ten (10) days of the date of this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction over any matter pertaining to this judgment.

SO ORDERED.

October 14, 2026

HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE